## Commonwealth, by et al. v. Gold & Stock Telegraph Company, et al.

(Decided May 7, 1915.)

Petition for Rehearing from Jefferson Circuit Court (Chancery Branch, First Division).

Appeal and Error—Correction of Record by Agreement—Effect of in This Case.—Where by an agreed correction of a mistake in the record it is made to appear that the Court of Appeals was induced by the mistake to render an erroneous judgment and opinion, a rehearing will be granted, the former opinion withdrawn and a new decision and opinion rendered correcting the error in the former judgment and opinion. (See Com. v. Gold & Stock Tel. Co., 162 Ky., 361.)

MATT J. HOLT and A. SCOTT BULLITT for appellant.

RICHARDS & HARRIS, GEO H. FEARONS and FRANCIS N. WHITNEY for appellees.

OPINION OF THE COURT BY JUDGE SETTLE—Granting a rehearing, withdrawing former opinion, and affirming judgment.

As by an agreement of counsel, filed in this court since this case was decided, it appears that the last step taken in the case in the court below was May 29, 1911, instead of May 29, 1912, as incorrectly stated on page 1 of the record, it follows from the correction that no step was taken in that court by the revenue agent within a year prior to July 1, 1912. This being so the proceeding is controlled by Section 6 of the Act of 1912, hence, as held in Commonwealth v. Ewald Iron Co., 153 Ky., 116, the proceeding was properly dismissed by the circuit court at the cost of the revenue agent.

For the reasons indicated, the former opinion herein, reported in 162 Ky., 361, is withdrawn, and the judgment of the circuit court affirmed.